IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AMIEL CUETO,**

    **Plaintiff**

v.

**UNITED STATES OF AMERICA,**

    **Defendant**                                                              Case No. 05-CV-71-DRH

## ORDER

**HERNDON, District Judge:**

       This matter comes before the Court on a Motion to Approve Settlement, filed by defendant United States of America (the "Government"). (Doc. 28.) The Government states that the parties have reached a mutually acceptable resolution of this matter. Plaintiff agrees to tender the additional sum of $1,000.00 and the Government in turn agrees to tender a release of its lien at issue in this matter. (*Id*.) It appears to the Court that the proposed resolution between the parties of this matter is reasonable and proper and should thereby be approved.

       The Government's motion is **GRANTED**. The Government is hereby authorized to accept the sum of $1,000.00 in full and complete satisfaction of the

remaining costs of Plaintiff's incarceration in this matter.  Further, upon acceptance of Plaintiff's $1,000.00, the Government shall take all necessary steps to tender a release of its lien to Plaintiff, in a manner as expedient as possible.  The Government is directed to advise the Court when it has completed the release of said lien, at which time the Court will dismiss this case with prejudice.

**IT IS SO ORDERED**.

Signed this 13th day of February, 2006.

/s/         David    RHerndon
**United States District Judge**