IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AMIEL CUETO,**

    **Plaintiff**

**v.**

**UNITED STATES OF AMERICA,**

    **Defendant**                                   **Case No. 05-CV-71-DRH**

### ORDER

**HERNDON, District Judge:**

        On February 13, 2006, the Court issued an Order (Doc. 29) granting a Motion to Approve Settlement, filed by defendant United States of America (the "Government") (Doc. 28). Pursuant to the Court's February 13, 2006 Order, the Government was authorized to accept the sum from Plaintiff of $1,000.00 in full and complete satisfaction of the remaining costs of Plaintiff's incarceration in this matter. Further, upon acceptance of Plaintiff's $1,000.00, the Court ordered that the Government should take all necessary steps to tender a release of its lien to Plaintiff, in a manner as expedient as possible. The Government was then directed to advise the Court when it has completed the release of said lien, at which time the Court stated that it would dismiss this case with prejudice.

Upon being advised by the Government that Plaintiff had tendered the amount of $1,000.00 in full and that said lien had been released, the Court hereby orders this case to be **DISMISSED WITH PREJUDICE**.  The clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED**.

Signed this 23rd day of February, 2006.

/s/          David   RHerndon
**United States District Judge**