# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AMIEL CUETO,**

      **Plaintiff,**

      **-vs-**                                     **No. 05-CV-71 DRH**

**UNITED STATES OF AMERICA,**

      **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendant's Motion to Approve Settlement.

**IT IS ORDERED AND ADJUDGED** that the Defendant's motion is **GRANTED** and this case is **DISMISSED with prejudice**.

                                                                        **NORBERT G. JAWORSKI, CLERK**

February 27, 2006.                                            By:  s/Patricia Brown
                                                                                 Deputy Clerk

APPROVED:/s/       David  RHerndon
               **U.S. DISTRICT JUDGE**